Submitted January 16, affirmed February 20, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOHN ANDREW SHEDRICK,
*Defendant-Appellant.*

Lane County Circuit Court
17CR79342; A167795

457 P3d 1117

Charles M. Zennaché, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Joshua B. Crowther, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Powers, Judge, and Sercombe, Senior Judge.

PER CURIAM

Affirmed. *State v. Morales*, 299 Or App 392, 450 P3d 552 (2019); *State v. Weltch*, 297 Or App 409, 439 P3d 1047 (2019); *State v. Jones*, 223 Or App 611, 196 P3d 97 (2008), *rev den*, 345 Or 618 (2009).